**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6379**

GEORGIA GREEN,

                    Plaintiff - Appellant,

          v.

GARY DURBORAW, Officer; SERGEANT MCCOY,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.   (8:06-cv-01608-PJM)

Submitted:  December 16, 2008      Decided:  December 22, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Georgia Green, Appellant Pro Se.   Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia Green appeals the district court's order dismissing her civil action under 42 U.S.C. § 1983 (2000) for failure to properly exhaust administrative remedies. In her informal brief, Green fails to address this dispositive issue. Therefore, Green has waived appellate review of that issue. See 4th Cir. R. 34(b) (limiting review to issues raised in the informal brief); see also Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (finding failure to raise issue in opening brief constituted abandonment of that issue). Accordingly, we modify the district court's order to reflect that the dismissal is without prejudice, and affirm the order as modified. See Green v. Durboraw, No. 8:06-cv-01608-PJM (D. Md. Jan. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED